IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Ahmir J. Kenyatta )
)
)
Plaintiff(s), )
)
The Brd. of Regents of Washburn University, v. )
Christopher B.Carey, )
Emily Grant, Tina F. Botts, Danielle Dempsey- Swopes )
JuliAnn Mazachek. )
)
Defendant(s) )

Case No. 5:25-cv-04005-TC-RES

## DESIGNATION OF PLACE OF TRIAL
## REQUEST FOR TRIAL BY JURY

### DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita,  ☐ Kansas City, or  ☑ Topeka }, Kansas as the
(Select One)
location for the trial in this matter.

*Ahmir J. Kenyatta*
Signature of Plaintiff

### REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☑ Yes or  ☐ No }
(Select One)

*Ahmir J. Kenyatta*
Signature of Plaintiff

Dated: 1/22/2025
(Rev. 10/15)

6