IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **AHMIR J. KENYATTA**, | : | |
| | : | |
| | : | |
| Plaintiff, | : | Case No: **5:25-cv-04005-TC-RES** |
| | : | |
| v. | : | |
| | : | Judge: **HON. TOBY CROUSE** |
| **WASHBURN UNIVERSITY BOARD OF REGENTS, ET AL,** | : | |
| | : | |
| | : | |
| | : | **JURY DEMANDED** |
| | : | |
| Defendants. | : | |

**MOTION FOR APPOINTMENT OF COUNSEL AND DECLARATION OF GOOD FAITH EFFORTS TO OBTAIN COUNSEL**

**COMES NOW,** Ahmir J. Kenyatta (Plaintiff), respectfully files this motion in the above-styled cause and respectfully request that this Honorable Court appoint counsel in this civil case. Plaintiff would submit this motion and as grounds thereto state the following:

1. Plaintiff is filing a Financial Affidavit simultaneously with this pleading. Plaintiff recognizes that there is no constitutional right to counsel in a civil case but for good cause shown this Honorable Court may at its discretion appoint it.
2. Plaintiff has attempted to contact a myriad of attorneys including but not limited to:
    a. Cornerstone Law located at 5821 NW 72nd Street, Kansas City, Mo 64151 the firm declined representation in part due to profit.

1

    b. Cohen & Duncan Attorneys, LLC located at 7015 College Blvd, Overland Park, KS 66211. The firm declined representation.

    c. Fleeson Gooing at 1900 Epic Center, 301 N. Main in Wichita, KS 67202. The firm declined advising a conflict in this instant matter.

    d. Lickteig Law firm at 12760 W 87th Street, Lenexa, KS 66215. Counsel indicated time constraints and caseload prohibited ability to take the case.

    e. Lento Law Firm at 7733 Forsyth Blvd, Clayton, MO 63105. The firm declined representation.

    f. Phillip Murphy Law is located at 4717 Grand Ave #300, Kansas City, MO 64112. The firm declined representation.

    g. The Fierberg National Law Group is located at 201 E. 17th Street, Suite A, Traverse City, MI 49684. The firm declined representation.

    h. Edelman, Liesen, & Myers LLP at 208 W. Linwood Blvd in Kansas City, MO 64111. The firm declined representation and mentioned a high caseload.

    i. Wyrsch, Hobbs & Mirakian, PC located at 1200 Main Street, Suite 2110, Kansas City, MO 64105. This firm advised they were unable to represent as they do not practice in this legal areas.

    j. Plaintiff contacted a significant number of other firms in Kansas and Missouri without response. Plaintiff conferred with the above offices and provided case specifics. Plaintiff further attempted to secure counsel in good faith.

3. Plaintiff request that the court appoint counsel in this civil case largely based on the merits. Plaintiff alleges several claims against defendants some of which raise serious constitutional issues including under § 1983, plaintiff brings forth claims regarding

2

liberty interest as it relates to state public education, as well as concerns around the American with Disabilities Act, Section 504 of the Rehabilitation Act and several other claims.

4. Plaintiff can establish a prima facie case against defendants. Plaintiff contends that failure to secure competent counsel in this instant matter effectively bars balancing the scales of justice for individuals who may not have the funds to secure competent counsel which his contrary to the open access of the judiciary.

5. Plaintiff contends that the merits of the case are impactful to constitutional liberties of other students, and those specifically in protected classes of sex, racial status, and those who may have a disability. Long held federal law establishes equity regardless of said protected statues.

6. Plaintiff is more likely than not to survive summary judgement on at least several claims if not all which would allow the case to proceed to jury trial.

7. Given the complexity of § 1983 plaintiff contends that a court appointed attorney would be able to help facilitate the administration of justice, drive efficiency in this case, including helping dispose of the case through ADR if this honorable court orders a referral.

8. Additionally, given the claims, it is extremely likely that a Motion for Temporary Restraining Order and Preliminary Injunction will need to be filed, and given the complexity plaintiff believes that a court appointed attorney will be better suited to help support the administration of justice in this instant matter.

9. Plaintiff respectfully contends that as it relates to the five factors this court may consider with the appointment of counsel in a civil case that he has exercised extreme diligence in order to secure counsel.

## **CONCLUSION**

10. Plaintiff respectfully request that this court appoint counsel in this civil case at its discretion to ensure the administration of justice as it relates to significant liberty interest, plaintiff's financial status as a full-time student (very little income outside of student loans), and the inability of plaintiff to find counsel who is willing, able, and does not conflict out in this instant matter.

11. Additionally, plaintiff contends that absent the appointment of counsel he has a fundamental unfairness which would impede his due process rights and needs to seek equitable treatment and ultimately justice.

**WHEREFORE,** plaintiff respectfully request this honorable court enter an order:

A. Finding that the plaintiff is eligible to proceed In forma pauperis;

B. Appoint court appointed counsel based on this pleading, and plaintiff's financial affidavit, and merits of plaintiff's claims;

C. Enter a pre-trial order compelling parties to consider ADR per 28 U.S.C. §652.

Respectfully Submitted,

**s/ Ahmir J. Kenyatta**

632 Tuttle Creek Blvd. #1048
Manhattan, KS 66502
C: 513-675-8643
akenyatta@paradigmwfs.com

24th day of January, 2025.

**CERTIFICATE OF SERVICE**

I certify that on this **24th day of January** 2025 I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are not yet registered CM/ECF users. As such, I further certify that a copy of the foregoing document(s) was emailed to marc.fried@washburn.edu and sent via mail to Marc B. Fried, General Counsel for Washburn University and all defendants at 1700 SW College Ave, Topeka, KS 66621.

RESPECTFULLY SUBMITTED,

**S/ Ahmir J. Kenyatta**

632 Tuttle Creek Blvd. #1048
Manhattan, KS 66502
C: 513-675-8643
akenyatta@paradigmwfs.com
