# EXHIBIT A



## Law School Grade Distribution Summary
## For Fall 2024 Law

| Course | Number of Grades Assigned | Avg Grade | | A | A- | B+ | B | B- | C+ | C | C- | D+ | D | F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lgl Analysis Rsrch Writing I (LW 875 A2) Peters, Eunice | 15 | 3.09 | Percent | 3 20.00 | 2 13.33 | 2 13.33 | 4 26.67 | 0 0.00 | 1 6.67 | 3 20.00 | 0 0.00 | 0 0.00 | 0 0.00 | 0 0.00 |
| Lgl Analysis Rsrch Writing I (LW 875 A3) Botts, Tina | 18 | 3.09 | Percent | 1 5.56 | 1 5.56 | 6 33.33 | 6 33.33 | 3 16.67 | 0 0.00 | 1 5.56 | 0 0.00 | 0 0.00 | 0 0.00 | 0 0.00 |
| Lgl Analysis Rsrch Writing I (LW 875 B1) Carey, Christopher | 19 | 3.00 | Percent | 2 10.53 | 2 10.53 | 4 21.05 | 3 15.79 | 5 26.32 | 2 10.53 | 0 0.00 | 0 0.00 | 1 5.26 | 0 0.00 | 0 0.00 |
| Lgl Analysis Rsrch Writing I (LW 875 B2) Kowalska, Antonina | 16 | 3.08 | Percent | 2 12.50 | 2 12.50 | 3 18.75 | 2 12.50 | 5 31.25 | 2 12.50 | 0 0.00 | 0 0.00 | 0 0.00 | 0 0.00 | 0 0.00 |
| Lgl Analysis Rsrch Writing I (LW 875 B3) Botts, Tina | 18 | 3.00 | Percent | 2 11.11 | 1 5.56 | 2 11.11 | 9 50.00 | 2 11.11 | 1 5.56 | 0 0.00 | 0 0.00 | 0 0.00 | 1 5.56 | 0 0.00 |
| Lgl Analysis Rsrch Writing II (LW 876 J) Davis, Andrew | 25 | 3.07 | Percent | 4 16.00 | 5 20.00 | 5 20.00 | 5 20.00 | 2 8.00 | 0 0.00 | 1 4.00 | 2 8.00 | 0 0.00 | 0 0.00 | 1 4.00 |
| Negotiation (LW 857 0) Leisinger, Shawn | 14 | 3.14 | Percent | 2 14.29 | 3 21.43 | 2 14.29 | 3 21.43 | 1 7.14 | 2 14.29 | 1 7.14 | 0 0.00 | 0 0.00 | 0 0.00 | 0 0.00 |
| Professional Responsibility (LW 770 0) Chadwick, Gillian | 39 | 3.17 | Percent | 7 17.95 | 8 20.51 | 8 20.51 | 5 12.82 | 4 10.26 | 2 5.13 | 3 7.69 | 2 5.13 | 0 0.00 | 0 0.00 | 0 0.00 |
| Property (LW 732 A) Davis, Andrew | 62 | 3.08 | Percent | 4 6.45 | 9 14.52 | 12 19.35 | 22 35.48 | 8 12.90 | 3 4.84 | 3 4.84 | 1 1.61 | 0 0.00 | 0 0.00 | 0 0.00 |
| Property (LW 732 B) Griggs, Burke | 62 | 3.08 | Percent | 12 19.35 | 8 12.90 | 10 16.13 | 10 16.13 | 7 11.29 | 8 12.90 | 4 6.45 | 2 3.23 | 1 1.61 | 0 0.00 | 0 0.00 |
| Public International Law (LW 928 ON) Martin, Craig | | | Distribution redacted due to 10 or fewer grades reported. | | | | | | | | | | | |
| Public Land Law (LW 747 0) Griggs, Burke | | | Distribution redacted due to 10 or fewer grades reported. | | | | | | | | | | | |
| Real Estate Transactions (LW 733 DE) Jefferson, Jamila | 21 | 3.19 | Percent | 2 9.52 | 2 9.52 | 8 38.10 | 5 23.81 | 3 14.29 | 0 0.00 | 1 4.76 | 0 0.00 | 0 0.00 | 0 0.00 | 0 0.00 |
| Secured Transactions (LW 838 ON) Fox, Irina | 15 | 3.20 | Percent | 3 20.00 | 2 13.33 | 2 13.33 | 3 20.00 | 4 26.67 | 1 6.67 | 0 0.00 | 0 0.00 | 0 0.00 | 0 0.00 | 0 0.00 |
| Spec. Legal Res: Bus & Tax Law (LW 920 Sneed, Thomas | 21 | 3.13 | Percent | 3 14.29 | 5 23.81 | 4 19.05 | 4 19.05 | 2 9.52 | 1 4.76 | 0 0.00 | 0 0.00 | 1 4.76 | 1 4.76 | 0 0.00 |
| Taxation of Individual Income (LW 790 0) McMillan, Lori | 22 | 3.20 | Percent | 4 18.18 | 4 18.18 | 3 13.64 | 5 22.73 | 3 13.64 | 2 9.09 | 1 4.55 | 0 0.00 | 0 0.00 | 0 0.00 | 0 0.00 |
| Torts (LW 725 A) Mastrosimone, Joseph | 62 | 3.08 | Percent | 13 20.97 | 2 3.23 | 12 19.35 | 17 27.42 | 7 11.29 | 5 8.06 | 2 3.23 | 3 4.84 | 1 1.61 | 0 0.00 | 0 0.00 |
| Torts (LW 725 B) Glashausser, Alexander | 66 | 3.10 | Percent | 9 13.64 | 10 15.15 | 13 19.70 | 16 24.24 | 6 9.09 | 4 6.06 | 5 7.58 | 3 4.55 | 0 0.00 | 0 0.00 | 0 0.00 |
| Transactional Drafting (LW 707 1) Harvey, Clarissa | 13 | 3.18 | Percent | 1 7.69 | 3 23.08 | 2 15.38 | 4 30.77 | 2 15.38 | 1 7.69 | 0 0.00 | 0 0.00 | 0 0.00 | 0 0.00 | 0 0.00 |