# EXHIBIT B

 Outlook

## Expectations of Email Appropriateness

**From** John Fritch <john.fritch@washburn.edu>
**Date** Thu 10/24/2024 8:00 AM
**To** Ahmir Kenyatta <ahmir.kenyatta@washburn.edu>

Ahmir,

Some of your emails raising concerns with your legal education are approaching the line of unprofessional communication and being harassing and abusive, and may well have already crossed the line. You need to modify how you communicate your concerns moving forward. Such emails also may implicate the School of Law Honor Code and the demonstration of character and fitness portion of any bar application.

You are entitled to raise legitimate complaints through proper channels, and we will respond to those complaints in a timely and appropriate fashion. But you may not continue to inundate faculty, staff, and administrators with a barrage of emails. Additionally, including cc's of emails to persons not part of the proper channels as stated below is unnecessary.



Sincerely,

John

John Fritch
Provost and Vice-President for Academic Affairs
Professor, Communication Studies
Washburn University