# EXHIBIT C

 Outlook

## Re: LARW II

**From** Marc Fried <marc.fried@washburn.edu>
**Date** Tue 1/21/2025 11:18 AM
**To** Ahmir Kenyatta <ahmir.kenyatta@washburn.edu>
**Cc** Michelle Godinet <michelle.godinet@washburn.edu>; JuliAnn Mazachek <juliann.mazachek@washburn.edu>

Mr. Kenyatta,

As I have been out-of-town on vacation since early Saturday morning (and continue to be out-of-town until I return Thursday evening), I am just now getting to your email from last Friday. I am going to set out the facts as I understand them and then you can respond with which, if any, of those facts you think I have wrong, so I can understand where you perceive the issues exist.

- You filed a Title IX complaint with Ms. Godinet, alleging violations of the University's Title IX policy by Professor Carey
- At the same time you asked for supportive or interim measures (*"SIMs"*), including being removed from Professor Carey's class.
- You caused yourself to be transferred from Professor Carey's LARWII class to Professor Bott's LARWII class.
- The law school subsequently reversed your transfer and placed you back in Professor Carey's class.
- You complained to me that this act by the law school administration was deliberate indifference by not granting your SIMs and reversing your transfer.



- [REDACTED]
  - [REDACTED]
  - [REDACTED]
  - [REDACTED]
- [REDACTED] Swopes then met [REDACTED].
- The first option was to keep you latest transfer in place and stay in Professor Bott's LARWII class.
- The second option was to retake LARWI with Professor Kowalska. She has more experience teaching LARWI than Professor Botts, and you did receive a Grade of D in the LARWI class last fall.
  - You had previously indicated you were going to file a grade appeal for that class, but had not done so, to my knowledge anyway, at the time this option was offered.
  - It was offered in case you believed it would be in your benefit to retake the class with a more experience professor and not have a disruption in teaching and assignment schedule that occurred last fall.
  - This option was for your consideration but was not being forced upon you if you did not want to take it.
- The third option was to take LARWII with Professor Kowalska when she teaches it next fall.
  - If you did agree that taking LARWII with a more experienced professor would be beneficial to you, this would give you that opportunity without having to retake LARWI.
  - Again, this was an option for your consideration but was not being forced upon you if you did not want to take it.
- You rejected all three option and instead advised AD Dempsey-Swopes you wanted to take Professor Peters' LARWII course. AD Dempsey-Swopes advised that was not an option.
  - Not only did you seek to remove yourself from Professor Peters' LARWI course, as stated above, but you also contacted the Law School Faculty Tenure Committee complaining about Professor Peters' competence in teaching LARW.
- You complained to me requiring you to sit out a semester was a punitive action and not a legitimate supportive measure.

None of the three options was offered as a punitive measure or with any intent to be punitive. You presented a concern and asked for a change. Ms. Godinet, working with the law school officials because they know their programs and instructors better than Ms. Godinet, came up with some alternatives to what you had selected (transferring into Professor Bott's class) because their experience with many students and faculty over a number of years helps them to better understand what usually creates the best pathway for their students to have opportunities for success.

I understand you may not want options two or three, but option one is clearly what you chose before, so I don't see an issue with Washburn disregarding or being deliberately indifferent to your request.



**Marc Fried**
**General Counsel/Secretary to Board of Regents**
Morgan Hall Suite 200
1700 SW College Ave. | Topeka, KS 66621
**p:** 785.670.1712