# EXHIBIT D

 **Outlook**

## LARWI

**From** Danielle Dempsey Swopes <danielle.dempsey swopes@washburn.edu>
**Date** Tue 1/21/2025 7:40 PM
**To** Ahmir Kenyatta <ahmir.kenyatta@washburn.edu>

Hello Ahmir,

Thank you for meeting with me today. I appreciate you taking the time to consider the options for taking LARWI.

I want to recap our meeting in writing to prevent any misunderstanding.

Unfortunately, we are unable to permit you to enroll in LARWII with Professor Botts for spring 2025. I explained that Professor Botts is a new and visiting professor. The visiting professor position is a non-tenured and temporary position. It is our practice to maintain small classes and to avoid adding to the teaching or service responsibilities of non-tenured faculty in their first year. We will remove you from her class roster and you should not attend her class. I also reminded you that you should avoid sending email or making any effort to discuss this matter with Professor Botts. I understand that you perceive your self-enrollment in Professor Botts course, despite school policy, as zealous personal advocacy. However, any additional efforts by you to remedy the situation on your own could be interpreted as threatening or harassing behavior, in violation of the Honor Code. Please direct all of your questions or concerns about this matter to me.

In September 2024, you expressed interest in taking LARWI with tenured Professor Antonia Kowalska, as she is currently our most experienced LARWI professor. However, you did not want to disrupt the rest of your course schedule in order to move to Professor Kowalska's class. You now have the opportunity to enroll in Professor Kowalska's class and retake LARWI. This is an excellent opportunity as it will allow you to earn a better grade and the current letter grade for LARWI will be removed from your transcript. You and I discussed the great job opportunities that typically are offered to students who have good grades in LARW. Taking LARWI with Kowalska this spring also allows you to move forward to LARWII with Kowalska in the fall 2025. You expressed concern that retaking LARWI would delay your graduation. I explained that you would have summer and fall 2025 intercession course opportunities that would help you stay on track and graduate as expected.



Very Best,
Danielle

**Danielle Dempsey-Swopes, JD**
**Associate Dean for Student Affairs**
**(She/Her/Hers)  https://pronouns.org/**
**1700 College Ave I Dole Hall I Room 104C**
**Voice (785)670-1672 Staff (785)670-1622 email dds@washburn.edu**

