# EXHIBIT E

> Outlook

## Confidential - Revised Accommodations

**From** Danielle Dempsey Swopes <danielle.dempsey_swopes@washburn.edu>

**Date** Thu 9/5/2024 1:56 PM

**To** Ahmir Kenyatta <ahmir.kenyatta@washburn.edu>

**Cc** Emily Grant <emily.grant@washburn.edu>; Eunice Peters <eunice.peters@washburn.edu>

Accommodations Approval

Student: Ahmir Kenyatta W 22550221

Course: LW875-A2K - LARW1

Professor: Eunice Peters

This letter serves as the confirmation and follow-up of your request made for

**I have not approved 1/1 tutoring at this time.** Please note that you may receive additional class support through meetings with your LARW1 teaching assistant, faculty in academic support and faculty office hours.

Your previously approved accommodations for all courses (including LW 875/LARW1) will remain the same:

- 50% additional time for exams
- Use of a laptop for notetaking
- May request additional excused absences or additional time for assignments if symptoms are exacerbated. (Note- the 72 Hour extension is specific to LW 875/LARW1 only.)
- Ability to receive recorded lectures
- The use of a room reasonably free from distraction during exams.

 Also, please work closely with Ms. Cory Payne who will administer your accommodated exams. Ms. Payne will contact you to schedule mid-terms and exams.

For accommodations in Spring 2025, we should plan to meet again to discuss any changes to your accommodations.  It will be vital that you continue to work with your health providers. As a reminder, the Assessment Form can be found https://www.washburnlaw.edu/students/forms/_docs/disabilityassessment.pd

Once the form has been returned to you by your health care provider for Spring 2024, you can email it to me as an attachment, and we will set up a time to meet. Alternatively, your provider can email me the documentation directly.

It would also be helpful to keep all documentation regarding treatment and accommodation in a "bar file" in case you decide to seek accommodations later for the bar exam. For your intended bar exam in Kansas and the MPRE, see the following.

Kansas Bar Exam: https://www.kscourts.org/Attorneys/Admission/About-the-Exam

PRE Accommodations: https://www.ncbex.org/exams/mpre/ada-accommodations/

Please sign and return a copy to my office as soon as you are able. Please let me know if you have any questions or concerns. As always, please feel welcome to contact me at any point in the semester regarding accommodations.

Sincerely,

Danielle

**Danielle Dempsey-Swopes, JD**

**Associate Dean for Student Affairs
(She/Her/Hers)  https://pronouns.org/
1700 College Ave I Dole Hall I Room 104C
Voice (785)670-1672 Staff (785)670-1622 email dds@washburn.edu**

