# EXHIBIT F

1/26/25, 9:16 PM                                        Mail - Ahmir Kenyatta - Outlook

 **Outlook**

---

## Re: Letter of Good Standing

---

**From** Detroit Mercy Law Admissions Office <lawadmissions@udmercy.edu>

**Date** Tue 1/21/2025 3:28 PM

**To**    Ahmir Kenyatta <ahmir.kenyatta@washburn.edu>

---

> CAUTION: External email. Do not click on links or attachments unless known safe.

Hello Ahmir,

Thank you for reaching out with this. Unfortunately, we cannot consider transfer applications until you have received at least 30 credits. We will continue to hold your application until you can send us an updated transcript when you have completed this semester of classes. We will need a new letter of good standing, sent directly from your law school to us, when you have received 30 credits.

Please let us know if you have any questions.

**University of Detroit Mercy School of Law, Admissions**
313-596-0264 | lawadmissions@udmercy.edu

---

**From:** Ahmir Kenyatta <ahmir.kenyatta@washburn.edu>
**Sent:** Tuesday, January 21, 2025 4:22 PM
**To:** Detroit Mercy Law Admissions Office <lawadmissions@udmercy.edu>; Ahmir Kenyatta <akenyatta@paradigmwfs.com>
**Subject:** Letter of Good Standing

> **Warning:** This email originated from outside of the University. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,
Attached please see good standing letter.
This should complete the application.  Have a great day.

Thanks,
Ahmir J. Kenyatta
J.D. Candidate

Get Outlook for iOS