**Plaintiff's Amended Complaint Exhibit Index**

Exhibit A – LARW Grade Distro Indicating Plaintiff was lowest grade in Defendant Carey's Course

Exhibit B – Email where Fritch is Hampering Plaintiff's Free Speech

Exhibit C- GC Advising Defendant Botts was an Option for Plaintiff

Exhibit D- Defendant Dempsey-Swopes Advising Botts was not an option

Exhibit E- School Denying 1:1 Support

Exhibit F: Detroit Mercy requirement of 30 credits

Exhibit G: POTUS EO on Free Speech

Exhibit H: LARW II Registration one day before Original Complaint filed on 1/22