# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **AHMIR J. KENYATTA**, | : |
| | : |
| *Plaintiff*, | : Case No: **5:25-cv-04005-TC-RES** |
| | : |
| v. | : |
| | : Judge:    **HON. TOBY CROUSE** |
| | Magistrate**: HON. RACHEL SCHWARTZ** |
| **WASHBURN UNIVERSITY BOARD OF REGENTS, ET AL,** | : |
| *Defendants.* | |
| | : |
| | : |
| | :    **JURY DEMANDED** |

---

### MOTION FOR ORDER TO REQUIRE PARTIES TO CONSIDER ALTERNATE DISPUTE RESOLUTION (ADR) AND FOR REFERRAL OF CASE TO PRE-TRIAL MEDIATION

---

**COMES NOW,** Ahmir J. Kenyatta (Plaintiff), in the above styled cause respectfully request that this Honorable Court enter an order of referral in the above referenced case number to mediation and as grounds thereof state the following:

1. Plaintiff filed the *Original Complaint* in this instant matter on January 22nd, 2025, and an *Amended Complaint* on January 26th, 2025.

1

2. Prior to filing, plaintiff attempted to engage defendants to agree to mediation prior to litigation. Plaintiff discussed this request with General Counsel for Defendant University Marc B. Fried. Plaintiff provided his thoughts on an anticipated scope and proposed potential options. General Counsel went on vacation and during that time Defendants took prejudicial action against plaintiff as indicated in the *Amended Complaint* (Docket#6) leaving him with no alternative then to commence an action before this Honorable Court.

3. 28 U.S.C. § 652, provides this Honorable Court the authority to require parties to consider an Alternate Dispute Resolution Process (ADR). Additionally, local rule 16.3 officiates this court's procedure for facilitating the same.

4. Plaintiff contends that this case is a case that addresses fundamental liberty interest, constitutional rights, and equitable access to education which are critical aspects to citizens under the jurisdiction of this Honorable Court.

5. Plaintiff also contends that several of the items in the *Amended complaint* if left unaddressed continue to prejudice him up to the point of causing irreparable harm to his education trajectory.

6. Plaintiff believes that Alternate Dispute Resolution (ADR) namely mediation is a good foundation for attempting to encourage the early resolution of this case. Plaintiff was amenable to mediation prior to filing the case and continues to be amenable now that the case is filed.

7. Plaintiff believes that an early resolution of the case could be beneficial to all parties so that they may move on with their respective endeavors.

8. Plaintiff contends that several of the claims are ripe and appropriate for mediation.

9. Plaintiff request that the court make an indigency finding under local rule 16.3(f) based on the financial affidavit (Docket #5).

10. **CONFERRAL ATTEMPT**: Plaintiff attempted to confer with opposing counsel about mediation on or about January 14th, 2025, prior to filing and again on January 22nd, 2025, via email when requesting a Waiver of Service. Plaintiff is unaware if defendants are opposed or amenable.

**WHEREFORE**, plaintiff prays that this Honorable Court issue an order:

A. Setting a telephone conference with parties to discuss Alternate Dispute Resolution at this early stage of the process; and/or

B. Issue an order directing parties to consider ADR and report back to this court on that within 14 days of said order;

C. Enter an Order of Referral under local rules 16.3(c)(1) requiring parties to participate in mediation.

D. Any other relief this this Honorable Court deems just and proper.

RESPECTFULLY SUBMITTED,

26th day of January 2025

**s/ Ahmir J. Kenyatta**

632 Tuttle Creek Blvd. #1048
Manhattan, KS 66502
C: 513-675-8643
akenyatta@paradigmwfs.com

3

**CERTIFICATE OF SERVICE**

I certify that on this **26th day of January**, 2025 I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are not yet registered CM/ECF users. As such, I further certify that a copy of the foregoing document(s) was emailed to marc.fried@washburn.edu and sent via mail to Marc B. Fried, General Counsel for Washburn University and all defendants at 1700 SW College Ave, Topeka, KS 66621.

RESPECTFULLY SUBMITTED,

**s/ Ahmir J. Kenyatta**

632 Tuttle Creek Blvd. #1048
Manhattan, KS 66502
C: 513-675-8643
akenyatta@paradigmwfs.com