1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **AHMIR J. KENYATTA**, | : | |
| | : | |
| *Plaintiff*, | : | Case No: **5:25-cv-04005-TC-RES** |
| | : | |
| v. | : | |
| | : | Judge:   **HON. TOBY CROUSE** |
| | | Magistrate**: HON. RACHEL SCHWARTZ** |
| **WASHBURN UNIVERSITY BOARD OF REGENTS, ET AL,** | : | |
| *Defendants.* | | |
| | : | |
| | : | **JURY DEMANDED** |
| | : | |

---

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

**COMES NOW**, the undersigned plaintiff pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that this action is voluntarily dismissed. Defendants have not yet served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, with prejudice.

RESPECTFULLY SUBMITTED,

**s/ Ahmir J. Kenyatta**
Ahmir J. Kenyatta
632 Tuttle Creek Blvd.
#1048
Manhattan, KS 66502
PLAINTIFF

1

7th day of February, 2025.